# ENTRY ORDER

SUPREME COURT DOCKET NO. 2013-256

DECEMBER TERM, 2013

| | | |
|---|---|---|
| In re John Davis Buckley, Esq. | } | Original Jurisdiction |
| | } | |
| | } | |
| | } | |
| | } | Professional Responsibility Board |
| | } | |
| | } | PRB NO. 2014-007 |

In the above-entitled cause, the Clerk will enter:

Pursuant to Administrative Order 9, Rule 21.E., a hearing panel of the Professional Responsibility Board has filed a written report with the Court recommending that it grant respondent John Davis Buckley's petition for reinstatement from disability inactive status, subject to specified conditions. Based upon the report and recommendation, the Court finds by clear and convincing evidence that reinstatement is warranted, and grants the petition subject to the following conditions:

1. Petitioner shall be placed on probation for a period of one year, commencing on the date of this order, under the provisions of Administrative Order 9, Rule 8.A(6).

2. The probation shall be supervised by a probation monitor acceptable to Disciplinary Counsel.

3. Respondent shall, on a bi-monthly basis, review his client files with the probation monitor to discuss areas of client communication and practice management.

4. During the period of probation, petitioner shall continue to consult with his treating psychiatrist, Dr. Kalibat, on a regular basis and as recommended. Dr. Kalibat shall provide Disciplinary Counsel with quarterly written reports as to respondent's condition and shall note any concerns in his report.

5. In the event Dr. Kaliban becomes unavailable, respondent shall seek treatment from another physician, notify Disciplinary Counsel, and arrange for the same written reports to be filed with Disciplinary Counsel.

6. Respondent shall accept and implement all reasonable suggestions offered by the probation monitor and Dr. Kalibat or his replacement physician.

7. All expenses of probation shall be the responsibility of respondent.

8. Respondent's probation shall be renewed or terminated after one year as provided in Administrative Order 9, Rule 8.A(6).

9. Prior to readmission, respondent shall satisfy in full his Continuing Legal Education requirements, which shall include eight live credit hours in the areas of client communication and practice management.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

_____
John A. Dooley, Associate Justice

_____
Marilyn S. Skoglund, Associate Justice

_____
Beth Robinson, Associate Justice

_____
Geoffrey W. Crawford, Associate Justice